FANNY ELLINGER v. ANTHONY DOLL, JR., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

In the Matter of THEODORE I. SCHNEIDER v. UNIVERSITY OF THE STATE OF NEW YORK and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

DAVIS BELAIS v. WILLIAM A. MALLETT.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

NATIONAL ANILINE AND CHEMICAL COMPANY v. HENRY LEERBURGER and Others.— Motion for leave to appeal or for reargument denied, with ten dollars costs. Motion for stay granted. Present — Clarke. P. J., Dowling, Smith, Shearn and Merrell, JJ.

HANNAH FREUD and Others v. LONDON FEATHER NOVELTY COMPANY.— Motion for leave to appeal or for reargument denied, with ten dollars costs. Motion for stay granted. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

JOHN KUNKEL v. THOMAS P. HOWLEY.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

EDGAR W. BROWNING v. FREDERICK P. FOX and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

WILLIAM A. TITUS v. JACOB SCHENCK.— Motion granted as stated in order. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

GREENWICH SAVINGS BANK v. FRANKLIN-MADISON REALTY COMPANY, INC., Impleaded, etc.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

IRVING J. WOLF v. ÆTNA ACCIDENT AND LIABILITY COMPANY OF HARTFORD, CONN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

LEO J. FISHEL v. BRUNSWICK REALTY COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

PHILLIP OTTMANN v. BLAUGAS COMPANY OF CUBA and Others.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

NICHOLAS P. COSMAS v. JOHN HANGES and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

In the Matter of SOL L. YOUNGENTOB, an Attorney.— Motion for reinstatement granted. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.